UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
M E M O R A N D U M

RE:   Jazzland Denell Landers

CASE NO.: 2:01-cr-0060-KJD-RJJ

REQUEST FOR RELEASE OF PRESENTENCE INVESTIGATION REPORT

September 23, 2010

TO:   HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

On May 16, 2002, Your Honor sentenced the defendant to 44 months Bureau of Prisons for Bank Robbery followed by three years supervised release. The offender's supervision commenced on June 1, 2005. On 03/17/06, the defendant's term of supervised release was revoked. The defendant was sentenced to eight months Bureau of Prisons with no supervision to follow.

Landers has a new federal conviction in the Southern District of California for Bank Robbery. In preparation of their presentence investigation, the probation office in the Southern District of California is requesting a copy of the defendant's presentence investigation report from the District of Nevada. If your Honor is in agreement of releasing a copy of the presentence investigation report, please indicate by signing below.   Thank you for your consideration in this matter.

Sincerely,

ANITRA GALLOWAY
Probation Services Assistant

AG:ag

APPROVED: _____
NANCY M. BOULTON, Supervising
U.S. Probation Officer

APPROVED: \__X__\                    DISAPPROVED: \_____\

_____              10/20/10
HONORABLE KENT J. DAWSON              _____
UNITED STATES DISTRICT JUDGE          DATE