UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:01-cr-00060-KJD-RJJ-1 |
| v. | |
| JAZZLAND LAUNDERS, | **CLARIFICATION ORDER** |
| Defendant. | |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on May 16, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**     BANK OF AMERICA
**Restitution Amount:** $4,318.49

**Total Amount of Restitution ordered:  $4,318.49**

DATED this 16th day of September, 2025.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE